IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BENJAMIN LEE MITCHELL                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 5:08cv179-DCB-MTP

DR. JOHN HERRINGTON, et al.                                DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendants' Motion for Summary Judgment [43] filed by Defendant Larry Lee and the Motion for Summary Judgment filed by Defendants Corrections Corporation of America, Sue Burkhalter, John Herrington, and Jacquelyn Banks [44] should be granted and that Plaintiff's claims should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment [43] filed by Defendant Larry Lee and the Motion for Summary Judgment filed by Defendants Corrections Corporation of America, Sue Burkhalter, John Herrington, and Jacquelyn Banks [44] is granted and that Plaintiff's claims are dismissed with prejudice.

SO ORDERED this the __3rd__ day of June, 2009.

                                                     s/David Bramlette
                                                 UNITED STATES DISTRICT JUDGE